IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Action No. 06-cr-00199-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JACK ERVIN,

    Defendant.

## ORDER TO DISMISS

Upon consideration of the Government's Motion to Dismiss, and for good cause shown, it is hereby

ORDERED that other than Count 1 as to which the Defendant has pled guilty and been sentenced, all remaining counts in the Indictment be dismissed as to the Defendant.

DATED this 13th day of October, 2006.

                          s/ Wiley Y. Daniel
                          UNITED STATES DISTRICT JUDGE